UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
SHENG-WEN CHENG,                                            :
:
                                  Plaintiff,   :
:           23-CV-7602 (VSB)
              -against-                       :
:               **ORDER**
UNITED STATES OF AMERICA,                                   :
:
                                Defendant.   :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       On August 24, 2023, Plaintiff Sheng-Wen Cheng, incarcerated and proceeding pro se, filed this suit against the United States.  (Doc. 1.)  Simultaneously, Cheng filed an application to proceed in forma pauperis—that is, without prepaying fees or costs.  (Doc. 2.)  That application was granted on October 5, 2023.  (Doc. 6.)

       On March 27, 2024, I directed the Government to file a letter setting forth its position as to whether Cheng has accumulated at least "three strikes" under the Prison Litigation Reform Act (the "PLRA"), 28 U.S.C. § 1915(g).  (Doc. 29.)  Two days later, the Government filed a letter contending that four of Cheng's prior lawsuits count as strikes.  (Doc. 30.)  Accordingly, it is hereby

       ORDERED that Cheng shall file any letter in opposition to the Government's position by April 23, 2024.

       The Clerk of Court is respectfully directed to mail a copy of this Order to Cheng at his current address.

SO ORDERED.

Dated: April 1, 2024
       New York, New York                          Vernon S. Broderick
                                                 United States District Judge