UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
             :
SHENG-WEN CHENG,             :
             :
          Plaintiff,   :
             :          23-CV-7602 (VSB)
      -against-       :
             :          **ORDER**
UNITED STATES OF AMERICA,   :
             :
          Defendant.   :
             :
---------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Plaintiff, who is proceeding pro se, seeks voluntary dismissal of the above-titled action without prejudice. (Doc. 61.) I am construing Plaintiff's letter request, which was docketed on January 2, 2025, as a notice of voluntary dismissal under Rule 41(a)(1)(A)(i) of the Federal Rules of Procedure. Rule 41(a)(1)(A)(i) states that "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Defendant has not served either an answer or a motion for summary judgment in this action and is therefore dismissed. Although a court order is not required under Rule 41(a)(1)(A)(i), for the avoidance of doubt, the Clerk of Court is respectfully directed to terminate this case.

SO ORDERED.

Dated:    January 8, 2025
           New York, New York

                                                              _____
                                                              VERNON S. BRODERICK
                                                              United States District Judge